**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 13, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00618-CV

---

### MOHAMED ISMAEEL, Appellant

### V.

### AMANY GALAL ALY, Appellee

---

### On Appeal from the 247th District Court
### Harris County, Texas
### Trial Court Cause No. 2013-25046

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 29, 2014. On November 5, 2014, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison and Donovan.